**SHA-1 Hash:** 38B29045632EB116F6BD4FFAA96ED0E62F9A9BE4   **Title:** Silvie Eufrat Strip Poker
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.34.124.137 | 2/10/2012 3:58 | Germantown | MD | Comcast Cable | BitTorrent |
| 2 | 68.34.83.48 | 2/10/2012 3:55 | Rockville | MD | Comcast Cable | BitTorrent |
| 3 | 68.48.180.53 | 2/12/2012 13:30 | Rockville | MD | Comcast Cable | BitTorrent |
| 4 | 68.50.146.165 | 2/19/2012 23:06 | Baltimore | MD | Comcast Cable | BitTorrent |
| 5 | 69.136.233.101 | 2/17/2012 3:12 | Westminster | MD | Comcast Cable | BitTorrent |
| 6 | 69.138.201.84 | 2/17/2012 18:17 | Rosedale | MD | Comcast Cable | BitTorrent |
| 7 | 69.138.252.136 | 2/8/2012 4:00 | Laurel | MD | Comcast Cable | BitTorrent |
| 8 | 69.255.225.126 | 2/27/2012 10:12 | Rockville | MD | Comcast Cable | BitTorrent |
| 9 | 76.21.237.179 | 2/25/2012 4:30 | Baltimore | MD | Comcast Cable | BitTorrent |
| 10 | 98.218.108.25 | 2/23/2012 0:15 | Lanham | MD | Comcast Cable | BitTorrent |
| 11 | 98.233.152.124 | 2/15/2012 21:41 | Owings Mills | MD | Comcast Cable | BitTorrent |
| 12 | 98.233.43.92 | 2/10/2012 1:29 | Baltimore | MD | Comcast Cable | BitTorrent |
| 13 | 173.66.146.147 | 2/11/2012 13:05 | Beltsville | MD | Verizon Internet Services | BitTorrent |
| 14 | 173.66.201.201 | 2/20/2012 1:55 | Germantown | MD | Verizon Internet Services | BitTorrent |
| 15 | 173.69.176.85 | 2/10/2012 18:17 | Columbia | MD | Verizon Internet Services | BitTorrent |
| 16 | 173.79.27.192 | 2/26/2012 3:49 | Laurel | MD | Verizon Internet Services | BitTorrent |
| 17 | 71.179.16.124 | 2/19/2012 3:35 | Catonsville | MD | Verizon Internet Services | BitTorrent |
| 18 | 71.179.26.219 | 2/10/2012 1:09 | Parkville | MD | Verizon Internet Services | BitTorrent |
| 19 | 71.246.210.40 | 2/11/2012 12:45 | Silver Spring | MD | Verizon Internet Services | BitTorrent |
| 20 | 74.107.113.155 | 2/19/2012 19:44 | Elkridge | MD | Verizon Internet Services | BitTorrent |
| 21 | 74.107.98.25 | 3/13/2012 12:40 | Reisterstown | MD | Verizon Internet Services | BitTorrent |
| 22 | 96.234.164.165 | 2/10/2012 2:00 | Owings Mills | MD | Verizon Internet Services | BitTorrent |

EXHIBIT A

MD30

| 23 | 96.255.150.110 | 2/9/2012 23:51 | Bethesda | MD | Verizon Internet Services | BitTorrent |

EXHIBIT A

MD30